UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MIGUEL ANGEL LARA**<br>**REG. # 54782-018** | **DOCKET NO. 2:23-CV-01199**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **F. MARTINEZ, WARDEN** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE